# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00611-CV

**In re Martin T. Franco, Jr.**

### ORIGINAL PROCEEDING FROM LLANO COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Martin T. Franco, Jr. filed a petition for writ of mandamus compelling Llano County District Clerk Joyce Gillow to file certain documents and bring them to the court's attention, which he alleges she has not done.[1]

We may issue writs of mandamus only against a district judge or county judge sitting in our district, or to enforce our jurisdiction, none of which are implicated here. *See* Tex. Gov't Code § 22.221(b); *In re Simpson*, 997 S.W.2d 939 (Tex. App.—Waco 1999, orig. proceeding); *In re Strickhausen*, 994 S.W.2d 936 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding).

The petition for writ of mandamus is dismissed for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

 

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Filed:   October 2, 2014

---

[1]  Franco requests that the documents be "processed" by the clerk and court, but the court is not responsible for processing or filing documents.